**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Pablo PEREZ–GONZALEZ,**
**Defendant–Appellant.**

**No. 07–40490**
**Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

Sept. 29, 2008.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office Southern District of Texas, Houston, TX, for Plaintiff–Appellee.

Pablo Perez–Gonzalez, Lisbon, OH, pro se.

Before DAVIS, GARZA, and PRADO, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Pablo Perez–Gonzalez has moved for leave to

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4

withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Perez–Gonzalez has filed a response, requesting that substitute counsel be appointed or, in the alternative, that counsel be relieved and counsel's brief be stricken. Perez–Gonzalez's requests are DENIED. Our independent review of the record, counsel's brief, and Perez–Gonzalez's response discloses no nonfrivolous issue for appeal.

The record does reveal a clerical error in the judgment. *See* FED.R.CRIM.P. 36. Count three of the indictment charged Gonzalez with using, carrying, brandishing, and discharging a firearm during and in relation to a drug-trafficking crime in violation of 18 U.S.C. § 924(c)(1). Perez–Gonzalez pleaded guilty to count three as set forth in the indictment. The written judgment reflects, however, that Perez–Gonzalez was convicted of possession of a firearm during the commission of a drug-trafficking crime in violation of § 924(c)(1).

Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2. This matter is REMANDED for correction of the clerical error pursuant to FED.R.CRIM.P. 36.